Alice E. Gray, Respondent, v. Joseph Z. Culver and Anna Harris, Appellants, Impleaded with Edward J. Lays and Others.— Judgment affirmed, with costs. All concurred.

Lyell Avenue Lumber Company, Suing in Its Own Behalf, etc., Respondent, v. Margaret V. Lighthouse and Others, as Executors, etc., of John C. Lighthouse, Deceased, Appellants, Impleaded with Joseph A. Wolford and Others.— Judgment affirmed, with costs. Order granting additional allowance reversed, without costs. All concurred; Foote, J., not sitting.

William Lilley, Respondent, v. United States Radiator Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Michael A. Foley, Respondent, v. The Solvay Process Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that under the law of the case as charged by the trial court, the plaintiff failed to establish actionable negligence against the defendant.

Alvin Block, Respondent, v. Watson A. Brown, Appellant.— Judgment and order affirmed, with costs. All concurred.

Sophie C. Weston, Respondent, v. City of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred.

Minnie Rouse, Plaintiff, v. Lake Shore and Michigan Southern Railway Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

First National Bank of Fulton, N. Y., Respondent, v. Richard J. Cullen, Appellant.— Judgment affirmed, with costs. All concurred.

Pietra Lotempio, as Administratrix, etc., of Antonio Lotempio, Deceased, Plaintiff, v. Lehigh Valley Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Edward H. Dann and Others, Respondents, v. Manning C. Palmer and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted and questions for review certified.

John Hengel, as Administrator, etc., Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Harlow W. Bailey, Respondent, v. Buffalo Loan and Safe Deposit Company and Others, Appellants.— Decision amended upon motion so as to provide that the costs awarded to the infant defendant shall be absolute and not to abide event. The question of compensation to the guardian ad litem is one which should be presented to the trial court.

Bertha Hubbard, Respondent, v. Elbert Hubbard, Appellant.— Motion for leave to appeal to Court of Appeals granted and question for review certified.